UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF IOWA
(CENTRAL DIVISION)

| | |
|---|---|
| CRYSTEAL DAVIS, DAMON DAVIS, AND IISHA HILLMON,<br><br>Plaintiffs,<br><br>vs.<br><br>JEFFREY DAWSON; BRAD YOUNGBLUT; JOSH RHAMY; TREVOR SPEAR; RYAN NEUMANN; LUCAS KRAMER; ROSS KLEIN; PATRICK HICKEY; STEVEN MCCARVILLE; CHRIS HARDY; ELLIOT NESS; DANA WINGERT (all individual defendants named individually and in their official capacities); CITY OF DES MOINES, IOWA,<br><br>Defendants. | Polk County District Court<br>Case No. LACL142586<br><br>Federal District Court<br>Case No. \_\_\_\_<br><br>NOTICE OF REMOVAL |

**COME NOW** Defendants, Jeffrey Dawson, Brad Youngblut, Josh Rhamy, Trevor Spear, Ryan Neumann, Lucas Kramer, Ross Klein, Patrick Hickey, Steven McCarville, Chris Hardy, Elliot Ness, Dana Wingert and the City of Des Moines, by and through their undersigned counsel, and for its Notice of Removal states as follows:

1. Attached is a copy of the Original Notice and Petition and Jury Demand (Exhibit A) filed in the Iowa District Court for Polk County on August 28, 2018, wherein Crysteal Davis, Damon Davis, And Iisha Hillmon are the Plaintiffs and Jeffrey Dawson, Brad Youngblut, Josh Rhamy, Trevor Spear, Ryan Neumann, Lucas Kramer, Ross Klein, Patrick Hickey, Steven McCarville, Chris Hardy, Elliot Ness, Dana Wingert and the City of Des Moines are the Defendants. Other filings include, Original Notices on the Defendants, and a Subpoena of Service. This is a complete list of pleadings and other papers filed in the State Court.

2. The Petition makes multiple federal claims Defendants:

a. Multiple 42 U.S.C. §1983 Claims alleging a violation of the Fourth Amendment (Unreasonable Seizure).

b. A 42 U.S.C. §1983 and §1985 Claim alleging a Civil Conspiracy.

c. A 42 U.S.C. §1983 claim against the City and Wingert, Individually, alleging various *Monell*-type claims.

3. This case is removed pursuant to 28 U.S.C. §§ 1441(a) and (c).

4. There are no matters pending in the State Court, other than the Petition which will require resolution by this Court.

5. Plaintiff is represented by counsel, Gina Messamer, 2910 Grand Avenue, Des Moines, IA, 50312, Tel:515-284-5737, Fax:515-284-1704 email:gmessamer@parrishlaw.com.

6. This Notice is filed with the Court within thirty days after service and filing of the Petition in which Plaintiff asserts his federal claims.

7. A copy of this Notice of Removal is being filed in the Iowa District Court for Polk County

WHEREFORE, Defendants pray the Court that the case be removed from the Iowa District Court for Polk County to the United States District Court for the Southern District of Iowa.

Respectfully submitted,

   */s/ John O. Haraldson*
John O. Haraldson AT0003231
Assistant City Attorney
City Hall, 400 Robert D. Ray Dr.
Des Moines, IA 50309-1891
Telephone: (515) 283-4547
Facsimile: (515) 237-1748
E-mail: JOHaraldson@dmgov.org

ATTORNEY FOR DEFENDANTS

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on, November 27, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and a true copy of the foregoing was electronically sent via the Clerk of Court and to attorney for Plaintiffs.

      The undersigned further certifies that, on November 27, 2019, I electronically filed the foregoing with the Clerk of Court for Polk County, Iowa via EDMS and a true copy of the foregoing was electronically sent via the Clerk of Court and to attorney for Plaintiffs.

                                              */s/ John O. Haraldson*
                                              John O. Haraldson
                                              Assistant City Attorney