UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF IOWA
(CENTRAL DIVISION)

| | |
|---|---|
| CRYSTEAL DAVIS, DAMON DAVIS, AND IISHA HILLMON,<br><br>Plaintiffs,<br><br>vs.<br><br>JEFFREY DAWSON; BRAD YOUNGBLUT; JOSH RHAMY; TREVOR SPEAR; RYAN NEUMANN; LUCAS KRAMER; ROSS KLEIN; PATRICK HICKEY; STEVEN MCCARVILLE; CHRIS HARDY; ELLIOT NESS; DANA WINGERT (all individual defendants named individually and in their official capacities); CITY OF DES MOINES, IOWA,<br><br>Defendants. | Polk County District Court<br>Case No. LACL 145303<br><br>Federal District Court<br>Case No. ____<br><br>NOTICE OF REMOVAL<br>UNDER LR 81 |

**COME NOW** Defendants, Jeffrey Dawson, Brad Youngblut, Josh Rhamy, Trevor Spear, Ryan Neumann, Lucas Kramer, Ross Klein, Patrick Hickey, Steven McCarville, Chris Hardy, Elliott Ness, Dana Wingert and the City of Des Moines, and in compliance with local Rule 81, provide a list of the following:

A. The papers filed in State Court to date include the following and are attached to the Notice of Removal:

- Original Notice and Amended Petition for Actions Under §42 U.S. 1983, Unreasonable Seizure and Violation of Due Process and related claims; Failure to Train, Custom and Policy, Civil Conspiracy claims filed October 15, 2018.

- Jury Demand.

B. The Amended Petition is the only matter pending in the State Court which will require resolution by this Court.

C. Plaintiff is represented by Gina Messamer, 2910 Grand Avenue, Des Moines, IA, 50312, Tel:515-284-5737, Fax:515-284-1704 email:gmessamer@parrishlaw.com.

Respectfully submitted,

   */s/ John O. Haraldson*
John O. Haraldson    AT0003231
Assistant City Attorney
City Hall, 400 Robert D. Ray Dr.
Des Moines, IA  50309-1891
Telephone:  (515) 283-4547
Facsimile:  (515) 237-1748
E-mail:  JOHaraldson@dmgov.org

ATTORNEY FOR DEFENDANTS

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 27, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and a true copy of the foregoing was electronically sent via the Clerk of Court and plaintiffs' counsel.

   */s/ John O. Haraldson*
   John O. Haraldson
   Assistant City Attorney