IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| CRYSTEAL DAVIS, DAMON DAVIS, and IISHA HILLMON,<br><br>Plaintiffs,<br><br>vs.<br><br>JEFFREY DAWSON; BRAD YOUNGBLUT; JOSH RHAMY; TREVOR SPEAR; RYAN NEUMANN; LUCAS KRAMER; ROSS KLEIN; PATRICK HICKEY; ROBERT CLOCK; DANA WINGERT; and CITY OF DES MOINES, IOWA,<br><br>Defendants. | Case No. 4:19-cv-00382-JEG-SBJ<br><br><br><br>VOLUNTARY AND STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a) |

## PLAINTIFFS' DISMISSAL

**COME NOW**, the Plaintiffs, Crysteal Davis, Damon Davis, and Iisha Hillmon, by and through their undersigned counsel, and hereby voluntarily dismiss the above-captioned matter with prejudice against all named Defendants without court order pursuant to Federal Rule of Civil Procedure 41(a)(ii).

        **PARRISH KRUIDENIER DUNN BOLES GRIBBLE GENTRY BROWN & BERGMANN, L.L.P.**

        By: _/s/ Gina Messamer_
            Gina Messamer      AT0011823
            2910 Grand Avenue
            Des Moines, Iowa 50312
            Telephone: (515) 284-5737
            Facsimile: (515) 284-1704
            Email: gmessamer@parrishlaw.com
            **ATTORNEY FOR PLAINTIFFS**

## DEFENDANTS' STIPULATION

**COME NOW**, the Defendants, by and through their undersigned counsel, and hereby stipulate to the voluntary dismissal with prejudice without court order pursuant to Federal Rule of Civil Procedure 41(a)(ii).

By: */s/ John Haraldson*
John O. Haraldson  AT0003231
Assistant City Attorney
City Hall, 400 Robert D. Ray Dr.
Des Moines, Iowa 50309-1891
Telephone: 515-283-4547
Fax: 515-237-1748
E-Mail: JOHaraldson@dmgov.org
**ATTORNEY FOR DEFENDANTS**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 17, 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system and a true copy of the foregoing was served electronically on the attorneys of record.

By: */s/ Gina Messamer*